**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **UNION TANK CAR COMPANY**, a Delaware corporation, <br><br> Plaintiff, <br> v. <br><br> **IWC OIL & REFINERY, LLC**, a Texas limited liability company, <br><br> Defendant. | ) ) ) ) ) ) ) Case No. 5:22-cv-01326 ) ) ) ) ) ) |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Union Tank Car Company states it is a wholly owned subsidiary of UTLX Company, which is a wholly owned subsidiary of Marmon Energy Services Company, which is a wholly owned subsidiary of Marmon Holdings, Inc., which is a subsidiary of Berkshire Hathaway Inc. Berkshire Hathaway Inc. owns 99.75% of Marmon Holdings, Inc. Berkshire Hathaway Inc. is a publicly traded company. None of the other entities listed above are publicly traded companies.

Respectfully submitted,

THOMPSON COBURN LLP

By /s/ Sara Ann Brown
Sara Ann Brown, Esq.
Texas Bar No. 24075773
David D. Farrell, Esq.
(*pro hac vice motion pending*)
2100 Ross Avenue, Suite 3200
Dallas, Texas 75201
Telephone No. (972) 629-7100
Facsimile No. (972) 629-7171
Email: sbrown@thompsoncoburn.com
Email: dfarrell@thompsoncoburn.com

Attorneys for Plaintiff Union Tank Car Company