## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
Western District of Texas

Case Number: 5:22-CV-01326-OLG

Plaintiff:
UNION TANK CAR COMPANY, a Delaware Corporation

vs.

Defendant:
IWC OIL & REFINERY, LLC, a Texas limited liability company,

Received by Saddi A Frazier on the 15th day of December, 2022 at 3:02 pm to be served on IWC Oil & Refinery, LLC By delivering to Registered Agent Marco Aparicio, 318 Nakoma, San Antonio, Bexar County, TX 78216.

I, Saddi A Frazier, being duly sworn, depose and say that on the 29th day of December, 2022 at 10:18 am, I:

DELIVERED a true copy of the Summons in a Civil Action; Plaintiff's Rule 7.1 Disclosure Statement; Complaint; and Exhibits A-G to IWC Oil & Refinery, LLC with the date of service endorsed thereon by me, by handing to Marco Aparicio as Registered Agent for IWC Oil & Refinery, LLC, in person, at the address of: 6 Davenport Lane, San Antonio, Bexar County, TX 78257, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 60, Sex: M, Race/Skin Color: White, Height: 5'6", Weight: 170, Hair: Black, Glasses: N

I am a private process server authorized by the Texas Judicial Branch Certification Commission. I am over the age of eighteen (18) and not a party to nor interested in the outcome of the suit referenced above. I have personal knowledge of each of the matters stated herein and the statements made in this Affidavit are true and correct.

State of Texas, County of Bexar

Subscribed and Sworn to before me on the 29th day of December, 2022 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Saddi A Frazier
PSC 12568 Ex. 3/31/2024

Special Delivery
5470 L B J Freeway
Dallas, TX 75240
(214) 866-3200

Our Job Serial Number: WDL-2022002085
Ref: 3490534



KAZUKO FRAZIER
Notary Public, State of Texas
Comm. Expires 08-08-2026
Notary ID 133897737



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| UNION TANK CAR COMPANY, a Delaware Corporation,<br><br>*Plaintiff(s)*<br>v.<br>IWC OIL & REFINERY, LLC, a Texas limited liability company,<br><br>*Defendant(s)* | Civil Action No. 5:22-cv-01326-OLG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  IWC Oil & Refinery, LLC
c/o Registered Agent Marco Aparicio
318 N. Nakoma
San Antonio, TX 78216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sara Ann Brown
Thompson Coburn LLP
2100 Ross Avenue
Suite 3200
Dallas, TX  75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date:  12/15/2022

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:22-cv-1326

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                *Server's signature*

                              _____
                                                *Printed name and title*

**See Attached**

                              _____
                                                *Server's address*

Additional information regarding attempted service, etc: