Case 5:22-cv-01326-DAE   Document 7   Filed 01/06/23   Page 1 of 1   **FILED**
January 06, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JU_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNION TANK CAR COMPANY<br>*a Delaware Corporation*,<br>    Plaintiff, | §<br>§<br>§<br>§ | SA-22-CV-01326-OLG |
| vs | §<br>§<br>§ | |
| IWC OIL & REFINERY LLC.<br>*a Texas Limited Liability Company*,<br>    Defendant. | §<br>§<br>§ | |

## ORDER TRANSFERRING CASE

It is hereby ORDERED that this civil case assigned to the docket of Honorable Judge Orlando L. Garcia is hereby TRANSFERRED to the docket of the Honorable Senior Judge David Allen Ezra. Pursuant to the Amended Order Assigning the Business of the Court effective December 16, 2022, the Clerk shall credit the case to the percentage of business of the receiving Judge. All Orders shall remain in effect unless otherwise ordered by the receiving Judge.

It is **SO ORDERED** this   6th   day of January 2023.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE